**Order entered November 22, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00359-CV**

**IN RE JBS CARRIERS, INC., AND CONNIE THOMAS, Relators**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09792**

**ORDER**
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE